COMMONWEALTH of Pennsylvania, Respondent

v.

Therion WATSON, Petitioner

No. 444 MAL 2016

Supreme Court of Pennsylvania.

Dec. 28, 2016

## ORDER

PER CURIAM

AND NOW, this 28th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.